THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WOYCSEK PANYKO et al., Appellants.

*People* v. *Panyko,* 71 App. Div. 324, affirmed.
(Submitted May 23, 1902; decided June 10, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1902, affirming a judgment of the Court of General Sessions of the Peace for the county of New York entered upon a verdict convicting the defendants of the crime of abduction.

*Lewis Stuyvesant Chanler* for appellants.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MONROE F. SMITH, Appellant, *v.* ROBERT BOWERS et al., Respondents.

*Smith* v. *Bowers,* 57 App. Div. 252, affirmed.
(Argued May 26, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Homer Weston* for appellant.

*Ceylon H. Lewis* and *Will B. Crowley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.